IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00023-BNB

VINCENT E. WELLS,

    Plaintiff,

v.

STEPHEN R. KREBS, M.D., Medical Director, Physician Health Partners,
JOSEPH FORTUNATO, M.D., Sterling Correctional Facility,
BARRY GOLDSMITH, M.D., Sterling Correctional Facility,
PAULA FRANZ, M.D., Medical Director, Colorado Department of Corrections,
JO ANNE STOCK, P.A., Sterling Correctional Facility,
BEVERLY DOWIS, Health Service Administrator, and
CHERYL SMITH, Clinical Chief of Operations, Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Wavive [sic] Partial Filing Fee," filed on March 16, 2010 (Doc. # 15). The Motion is DENIED as unnecessary. Plaintiff is directed that he is not required to file a motion with regard to the initial partial filing fee each month. Instead, if Plaintiff does not have funds in his inmate trust fund account, he is only required to file a certified copy of his trust fund account statement, in lieu of the monthly payment of twenty percent of his income.

    Dated: March 18, 2010