IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00023-LTB–KMT

VINCENT E. WELLS,

    Plaintiff,

v.

STEPHEN R. KREBS, M.D., Medical Director, Physician health Partners,
JOSEPH FORTUNATO, M.D., Sterling Correctional Facility,
BARRY GOLDSMITH, M.D., Sterling Correctional Facility,
PAULA FRANZ, M.D., Medical Director, Colorado Department of Corrections,
JO ANNE STOCK, P.C., Sterling Correctional Facility,
BEVERLY DOWIS, Health Service Administrator, and
CHERYL SMITH, Clinical Chief of Operations, Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Krebs's Motion to Clarify and to Set June 7, 2010 as Krebs's Response Date" (# 26, filed April 20, 2010) is GRANTED. The Colorado Department of Service waived service of process for Defendant Krebs on April 8, 2010. (Doc. No. 22.) As such, Defendant Krebs's answer date is June 7, 2010. The Clerk of Court is directed to amend Defendant Krebs's answer date accordingly.

Dated: April 22, 2010