IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00023-LTB–KMT

VINCENT E. WELLS,

    Plaintiff,

v.

STEPHEN R. KREBS, M.D., Medical Director, Physician health Partners,
JOSEPH FORTUNATO, M.D., Sterling Correctional Facility,
BARRY GOLDSMITH, M.D., Sterling Correctional Facility,
PAULA FRANZ, M.D., Medical Director, Colorado Department of Corrections,
JO ANNE STOCK, P.C., Sterling Correctional Facility,
BEVERLY DOWIS, Health Service Administrator, and
CHERYL SMITH, Clinical Chief of Operations, Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Request for Status Report by Magistrate Judge Kathleen Tafoya" (Doc. No. 76, filed July 20, 2010) is GRANTED. The court ruled on Plaintiff's previous motion for extension of time (Doc. No. 63) on June 24, 2010, allowing Plaintiff until July 27, 2010, to file his response to Defendants' Motion for Summary Judgment. (Doc. No. 65.) It appears Plaintiff did not receive the Minute Order dated June 24, 2010. Therefore, Plaintiff is granted an additional extension of time to and including **August 16, 2010**, to file his response to Defendants' Motion for Summary Judgment.

Dated: July 21, 2010