IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00023-LTB–KMT

VINCENT E. WELLS,

    Plaintiff,

v.

STEPHEN R. KREBS, M.D., Medical Director, Physician health Partners,
JOSEPH FORTUNATO, M.D., Sterling Correctional Facility,
BARRY GOLDSMITH, M.D., Sterling Correctional Facility,
PAULA FRANZ, M.D., Medical Director, Colorado Department of Corrections,
JO ANNE STOCK, P.C., Sterling Correctional Facility,
BEVERLY DOWIS, Health Service Administrator, and
CHERYL SMITH, Clinical Chief of Operations, Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Strike Plaintiff's Surreply" (Doc. No. 93, filed August 20, 2010) is GRANTED. Defendants filed their "Motion for Summary Judgment" June 15, 2010. (Doc. No. 57.) Plaintiff filed his "Response to Defendants' Motion for Summary Judgement [sic]" on August 2, 2010. (Doc. No. 82.) Defendants filed their "Reply Brief in Support of Defendants' Motion for Summary Judgment" on August 12, 2010. (Doc. No. 85.) On August 19, 2010, Plaintiff filed a "Response to Defendant(s) Reply Brief: In Support of Defendant(s) Motion for Summary Judgment" that this court construes as a surreply. (Doc. No. 91.) Without being granted permission from the court, Plaintiff may not file a surreply. D.C.Colo.LCivR 7.1. Accordingly, document number 91 is **STRICKEN**.

Dated: September 1, 2010