**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00023-LTB-KMT

VINCENT E. WELLS,

      Plaintiff,

v.

STEPHEN R. KREBS, et al.,

      Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Strike Defendant(s) Response to Plaintiff's Objections to the magistrates Recommendation to Grant Summary Judgment (Doc 113 - filed November 2, 2010) is DENIED.

Dated:   November 3, 2010

---