**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00023-LTB-KMT

VINCENT E. WELLS,

        Plaintiff,

v.

STEPHEN R. KREBS, et al.,

        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       Plaintiff's Motion to Request Leave to Supplement Plaintiff's Original Motion for Certificate of Appealability (Doc 123 - filed November 23, 2010) is DENIED AS MOOT.


Dated:   December 8, 2010
_____